**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| INFERENCE STACK INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>*Defendant.* | Case No. 7:26-cv-00453<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, in which Plaintiff Inference Stack Inc. ("Inference Stack") alleges as follows against Defendant Advanced Micro Devices, Inc. ("AMD"):

## INTRODUCTION

1. This action is brought on two United States patents (collectively, the "Patents-in-Suit"). U.S. Patent No. 11,003,985 (the "'985 patent"), titled "Convolutional Neural Network System and Operation Method Thereof," issued on May 11, 2021. U.S. Patent No. 11,068,394 (the "'394 patent"), titled "Neural Network System Including Data Moving Controller," issued on July 20, 2021.

2. The Patents-in-Suit arose from research at the Electronics and Telecommunications Research Institute ("ETRI") in Daejeon, Republic of Korea. ETRI is a government-funded research institute, founded on December 30, 1976, whose legal basis is Article 8 of Korea's Act on the Establishment, Operation and Fosterage of Government-Funded Research Institutes in the Field of Science and Technology. *See* ETRI, *일반현황 [General Status]* (last visited Sept. 29,

2026), https://etri.re.kr/korcon/sub7/sub7_0401.etri. ETRI "makes contribution to the nation's economic and social development through research, development and distribution of industrial core technologies in the field of Information, Communications, Electronics, Broadcasting and Convergence technologies." ETRI, *Overview: About ETRI* (last visited Sept. 29, 2026), https://www.etri.re.kr/engcon/sub1/sub1_02.etri. In the 1980s, ETRI developed TDX (Time Division Exchange) and 4M DRAM; in the 1990s, it commercialized Code-Division Multiple Access; and in the 2000s, it developed Terrestrial DMB, WiBro, and 4G LTE Advanced. *See Electronics and Telecommunications Research Institute*, Wikipedia (last visited Sept. 29, 2026), https://en.wikipedia.org/wiki/Electronics_and_Telecommunications_Research_Institute.

3. ETRI conducts research in hardware for neural-network computation. In 2020, researchers in ETRI's AI Processor Research Team, part of its AI SoC Research Department, published the AB9 neural processor in the peer-reviewed ETRI Journal. Yong Cheol Peter Cho et al., *AB9: A Neural Processor for Inference Acceleration*, 42 ETRI J. 491 (2020), https://koreascience.kr/article/JAKO202063758859139.page. They describe AB9 as built around "a systolic tensor core (STC) neural network accelerator" with "32k arithmetic units and over 36 MB of on-chip SRAM," and report that AB9 "has superior performance and power efficiency to that of a general-purpose graphics processing unit implementation." *Id.* In 2024, ETRI researchers published XEM, a tensor accelerator for ETRI's AB21 processor, which they describe as "an HPC/AI processor developed by ETRI." Won Jeon et al., *XEM: Tensor Accelerator for AB21 Supercomputing Artificial Intelligence Processor*, 46 ETRI J. 839 (2024), https://ksp.etri.re.kr/ksp/article/file/69854.pdf. In February 2025, ETRI announced K-AB21, a supercomputer accelerator system-on-chip fabricated on a 12-nanometer process and "containing nearly 10 billion transistors." EurekAlert!, "ETRI, the first in Korea to to [*sic*] develop

supercomputer accelerator SoC" (Feb. 3, 2025), https://www.eurekalert.org/news-releases/1071593.

4. The named inventors of the Patents-in-Suit come from that research. Both named inventors of the '394 patent, Jeongmin Yang and Young-Su Kwon, are authors of the AB9 article, which places each in ETRI's AI Processor Research Team. *See* '394 patent, cover page; Cho, 42 ETRI J. at 491. Two of the six named inventors of the '985 patent, Mi Young Lee and Joo Hyun Lee, are authors of the XEM article. *See* '985 patent, cover page; Jeon, 46 ETRI J. at 839.

5. The problem those researchers addressed is central to the field. For deep neural networks, "the bottleneck for processing is in the memory access," and "[i]n the worst case, all of the memory accesses have to go through the off-chip DRAM, which will severely impact both throughput and energy efficiency." Vivienne Sze et al., *Efficient Processing of Deep Neural Networks: A Tutorial and Survey*, arXiv:1703.09039 (2017), https://arxiv.org/pdf/1703.09039. "[D]RAM accesses require up to several orders of magnitude higher energy than computation." *Id.* Researchers describe the result as a "memory wall" that "is increasingly becoming the dominant bottleneck for a range of AI tasks." Amir Gholami et al., *AI and Memory Wall*, arXiv:2403.14123 (2024), https://arxiv.org/pdf/2403.14123.

6. The '985 patent is directed to reducing the computation a convolutional neural network performs. Its abstract describes "a data selector configured to output an input value corresponding to a position of a sparse weight from among input values of input data on a basis of a sparse index indicating the position of a nonzero value in a sparse weight kernel, and a multiply-accumulate (MAC) computator configured to perform a convolution computation on the input value output from the data selector by using the sparse weight kernel." '985 patent, Abstract. The '394 patent is directed to moving multidimensional data between an accelerator's external and

internal memories. In the system its abstract describes, a "data moving controller reorders a dimension order with respect to an access address of the external memory to generate an access address of the internal memory, for the multidimensional matrix operation." '394 patent, Abstract.

7. AMD builds hardware aimed at both problems into its Instinct data-center GPUs. AMD states that the Matrix Core of its CDNA 3 GPUs "can take advantage of situations where at least two values within a group of four input values are zero (50%+ sparsity)." AMD, "Introducing AMD CDNA 3 Architecture" (white paper) 8 (last visited Sept. 29, 2026), https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/white-papers/amd-cdna-3-white-paper.pdf ("CDNA 3 White Paper"). AMD's newest Instinct GPUs, built on its CDNA 5 architecture, add a Tensor Data Mover that moves "tiles of (up to) 5D tensor data between LDS and memory." AMD, "CDNA5" Instruction Set Architecture Reference Guide § 10.11 (July 27, 2026), https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/instruction-set-architectures/amd-instinct-cdna5-instruction-set-architecture.pdf ("CDNA5 Guide"). As alleged below and shown in Exhibits 2 and 4, those GPUs infringe the Patents-in-Suit.

8. ETRI is the assignee of record of each of the Patents-in-Suit, having taken assignment of each from its named inventors. *See* USPTO Assignment Records, Reel/Frame 044711/0349 (recorded Nov. 8, 2017) ('985 patent); Reel/Frame 050340/0779 (recorded Sept. 11, 2019) ('394 patent).

9. On January 22, 2026, ETRI and Inference Stack executed a Patent Rights Exclusive License Agreement (the "License Agreement") granting Inference Stack an exclusive license to the Patents-in-Suit.

10. The License Agreement was recorded with the United States Patent and Trademark Office on March 23, 2026, at Reel/Frame 075226/0256, as a license from ETRI to Inference Stack Inc. covering both of the Patents-in-Suit.

11. The License Agreement grants Inference Stack "the exclusive right to commercially practice the patented inventions of the [Patents-in-Suit] worldwide in all fields covered by the [Patents-in-Suit]" until the Patents-in-Suit expire or are abandoned.

12. The License Agreement grants Inference Stack the right, without ETRI's consent, to grant licenses, indemnities, and covenants not to sue to third parties for all past, present, and future periods, including the right to collect royalties and consideration for indemnification from third parties for their past, present, and future use of the Patents-in-Suit.

13. The License Agreement further grants Inference Stack the right to initiate suits for infringement of the Patents-in-Suit, including claims for damages and for injunctive relief, together with "all substantial rights relating to the patents, including all rights that enable [Inference Stack] to Monetize the [Patents-in-Suit] on its own without [ETRI's] consent." The License Agreement defines monetization to include licenses, covenants not to sue, and patent suits.

14. ETRI and Inference Stack entered into a Supplementary Agreement, dated as of November 9, 2026 (the "Supplementary Agreement"), which forms part of the License Agreement. The Supplementary Agreement amends Section 2(1) of the License Agreement to provide that Inference Stack's exclusive license "includes the sole right of [Inference Stack] to file suit, and to claim, receive, and retain damages, with respect to the [Patents-in-Suit] for not only present and future infringement but also all past infringement, including infringement that occurred before the execution date of the [License Agreement] (January 22, 2026), together with all rights incidental thereto."

15. Under the License Agreement, Inference Stack bears the rights, responsibilities, and costs of prosecuting and maintaining the Patents-in-Suit, including the right to reduce and abandon the scope of the patent rights, and ETRI may not assign, pledge, or otherwise dispose of its rights under the License Agreement, including by assigning or abandoning the Patents-in-Suit, without Inference Stack's prior written consent.

16. The License Agreement does not reserve to ETRI any right to practice the Patents-in-Suit, to grant further licenses under them, or to sue for their infringement.

17. Accordingly, Inference Stack is the exclusive licensee of the Patents-in-Suit and holds all substantial rights in them, including the right to enforce them, to exclude others, and to recover damages for all past infringement, including infringement occurring before January 22, 2026, and has standing to sue for their infringement in its own name. Inference Stack has suffered injury from AMD's infringement of those exclusionary rights.

18. The instrumentalities accused of infringing the '985 patent are AMD Instinct GPUs whose matrix hardware performs 4:2 structured-sparsity acceleration under a sparse matrix multiply-accumulate instruction that carries a two-bit sparse index, including the V_SMFMAC instruction family of AMD's CDNA 3 and CDNA 4 architectures and the V_SWMMAC instruction family of AMD's CDNA 5 architecture. They include, without limitation, the AMD Instinct MI300X, MI300A, and MI325X, built on the CDNA 3 architecture; the AMD Instinct MI350X and MI355X, built on the CDNA 4 architecture; the AMD Instinct MI455X, built on the CDNA 5 architecture, and any other AMD Instinct MI400 Series or MI450 Series GPU that supports the V_SWMMAC instruction family; the boards, modules, platforms, rack-scale systems, and servers incorporating any of them, including the AMD Helios rack-scale solution; and the AMD software through which the accused sparse execution path is prepared and invoked,

including the AMD ROCm software platform, hipSPARSELt, and MIOpen, in all versions and variations since the ’985 patent issued (the “’985 Accused Instrumentalities”). Exhibit 2 describes the ’985 Accused Instrumentalities further. The ’985 Accused Instrumentalities do not include any product, or any use of a product, to the extent that product or use is licensed under, or covered by a covenant not to sue on, the ’985 patent.

19. The instrumentalities accused of infringing the ’394 patent are AMD’s Instinct MI455X GPU, built on AMD’s fifth-generation CDNA architecture (CDNA 5), and any other AMD Instinct MI400 Series or MI450 Series GPU built on the CDNA 5 architecture with a Tensor Data Mover; the boards, modules, platforms, rack-scale systems, and servers incorporating any of them, including the AMD Helios rack-scale solution; and the AMD software that programs and invokes the data transfers and matrix operations shown in Exhibit 4, including the AMD ROCm software platform, the HIP programming interface and its compiler, the Triton compiler and Gluon language support that AMD provides for the CDNA 5 architecture, and AMD’s aiter and MIOpen libraries, in all versions and variations since the ’394 patent issued (the “’394 Accused Instrumentalities”). Exhibit 4 describes the ’394 Accused Instrumentalities further. The ’394 Accused Instrumentalities do not include any product, or any use of a product, to the extent that product or use is licensed under, or covered by a covenant not to sue on, the ’394 patent. The ’985 Accused Instrumentalities and the ’394 Accused Instrumentalities are together the “Accused Instrumentalities.”

**The Accused AMD Instinct GPUs**

20. AMD’s Instinct MI300 Series GPUs are based on AMD’s CDNA 3 architecture. *See, e.g.,* AMD, “AMD Instinct MI300 Series microarchitecture,” ROCm Documentation (last visited Sept. 29, 2026), https://rocm.docs.amd.com/en/latest/reference/gpu-arch/mi300.html.

AMD identifies "the Instinct MI300X and MI325X discrete GPUs" and "the Instinct MI300A APU" as CDNA 3 products. CDNA 3 White Paper at 3.

21. AMD introduced the MI300 Series on December 6, 2023. *See, e.g.,* AMD, "AMD Delivers Leadership Portfolio of Data Center AI Solutions with AMD Instinct MI300 Series" (press release, Dec. 6, 2023), https://ir.amd.com/news-events/press-releases/detail/1173/amd-delivers-leadership-portfolio-of-data-center-ai-solutions-with-amd-instinct-mi300-series ("December 2023 Release").

22. AMD announced the Instinct MI325X on October 10, 2024, stating that it was "on track for production shipments in Q4 2024" and expected "to have widespread system availability from a broad set of platform providers, including Dell Technologies, Eviden, Gigabyte, Hewlett Packard Enterprise, Lenovo, Supermicro and others starting in Q1 2025." AMD, "AMD Delivers Leadership AI Performance with AMD Instinct MI325X Accelerators" (press release, Oct. 10, 2024), https://ir.amd.com/news-events/press-releases/detail/1220/amd-delivers-leadership-ai-performance-with-amd-instinct-mi325x-accelerators ("MI325X Release"). AMD's annual report lists the MI325 series among the AMD Instinct GPU families that "are based on AMD CDNA™ architecture." Advanced Micro Devices, Inc., Annual Report (Form 10-K) for fiscal year ended Dec. 27, 2025 (filed Feb. 4, 2026), https://www.sec.gov/Archives/edgar/data/2488/000000248826000018/amd-20251227.htm ("2025 Form 10-K").

23. AMD unveiled its Instinct MI350 Series, "consisting of both AMD Instinct MI350X and MI355X GPUs and platforms," on June 12, 2025. AMD, "AMD Unveils Vision for an Open AI Ecosystem, Detailing New Silicon, Software and Systems at Advancing AI 2025" (press release, June 12, 2025), https://www.amd.com/en/newsroom/press-releases/2025-6-12-

amd-unveils-vision-for-an-open-ai-ecosystem-detai.html ("June 2025 Release"). AMD states that the MI350 Series GPUs are "[b]uilt on the new cutting-edge 4th Gen AMD CDNA™ architecture" and that the MI350X "uses the 4th Gen AMD CDNA™ multi-chip architecture based on 3nm process technology." AMD, "AMD Instinct MI350X GPU" (brochure) (last visited Sept. 29, 2026), https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/product-briefs/amd-instinct-mi350x-gpu-brochure.pdf.

24. AMD's newest Instinct GPU, the MI455X, is built on AMD's fifth-generation CDNA architecture (CDNA 5). AMD lists the MI455X in its "Instinct MI400 Series," gives its "GPU Architecture" as "CDNA5" and its "Launch Date" as "7/23/2026," and states that the MI455X "is designed specifically for the AMD Helios rackscale solution." AMD, "AMD Instinct™ MI455X GPUs" (last visited Sept. 29, 2026), https://www.amd.com/en/products/accelerators/instinct/mi400/mi455x.html ("MI455X Product Page"). AMD's CDNA 5 white paper introduces the MI455X and the Helios rackscale solution as "new products" that "extend the AMD AI accelerator portfolio." AMD, "Introducing AMD CDNA 5 Architecture: Enabling the Future of Frontier AI With the AMD Helios Rackscale Solution" (white paper) 2 (last visited Sept. 29, 2026), https://www.amd.com/content/dam/amd/en/documents/products/technologies/cdna/amd-cdna5-whitepaper.pdf ("CDNA 5 White Paper").

25. AMD launched Helios on July 23, 2026, describing its Helios rackscale solutions as "now in production to be deployed by leading AI companies at gigawatt scale" and stating that Helios systems "will be available from leading OEMs, including Bull, HPE, Lenovo and Supermicro, as well as infrastructure partners Sanmina and Wiwynn." AMD, "AAI 2026: AMD Delivers Full-Stack Compute for the Agentic AI Era" (press release, July 23, 2026),

https://ir.amd.com/news-events/press-releases/detail/1294/aai-2026-amd-delivers-full-stack-compute-for-the-agentic-ai-era ("July 2026 Release"). AMD states that Helios "combines AMD Instinct™ MI455X GPUs, AMD EPYC™ 'Venice' CPUs, Pensando™ networking and ROCm™ software," and that AMD "will begin shipping Helios to customers, including Microsoft, in the second half of 2026." AMD, "Microsoft to Deploy Next-Gen AMD Instinct and AMD EPYC Processors as the Companies Expand Their Long-Term Strategic Partnership" (press release, July 20, 2026), https://ir.amd.com/news-events/press-releases/detail/1291/microsoft-to-deploy-next-gen-amd-instinct-and-amd-epyc-processors-as-the-companies-expand-their-long-term-strategic-partnership ("Microsoft Release"). AMD describes Helios in its SEC filings as a rack-scale platform "which we develop and license for implementation by customers and their manufacturing partners." Advanced Micro Devices, Inc., Quarterly Report (Form 10-Q) for the quarter ended June 27, 2026 (filed Aug. 5, 2026), https://www.sec.gov/Archives/edgar/data/2488/000000248826000123/amd-20260627.htm ("Q2 2026 Form 10-Q"). On August 4, 2026, AMD reported that it had "[l]aunched the AMD Instinct MI400 Series GPU family, including MI455X," and that Helios "is being deployed by leading AI labs and cloud providers including Anthropic, Cirrascale, HUMAIN, Meta, Microsoft, OpenAI, Oracle, Tensorwave, Vultr and others." AMD, "AMD Reports Second Quarter 2026 Financial Results" (press release, Aug. 4, 2026), https://ir.amd.com/news-events/press-releases/detail/1295/amd-reports-second-quarter-2026-financial-results ("Q2 2026 Release").

26. AMD reports that it has entered into multi-year agreements with OpenAI OpCo, LLC and Meta Platforms, Inc., "under which each customer intends to deploy up to 6 gigawatts of AMD data center GPUs, with the first gigawatt of each deployment powered by our AMD Instinct MI450 series products." Q2 2026 Form 10-Q. AMD has announced a partnership with Anthropic

"to deploy up to 2 gigawatts of AMD Instinct MI455X GPUs in AMD Helios rackscale solutions." July 2026 Release; *see also* AMD, "AMD and Anthropic Announce Strategic Partnership to Deploy Up to 2 Gigawatts of AMD Instinct MI450 Series GPUs" (press release, July 22, 2026), https://ir.amd.com/news-events/press-releases/detail/1292/amd-and-anthropic-announce-strategic-partnership-to-deploy-up-to-2-gigawatts-of-amd-instinct-mi450-series-gpus ("Anthropic Release"). AMD and Oracle have announced that, "[b]eginning in calendar Q3 2026, Oracle will be the first hyperscaler to offer a publicly available AI supercluster powered by 50,000 AMD Instinct MI450 Series GPUs." Oracle, "Oracle and AMD Expand Partnership to Help Customers Achieve Next-Generation AI Scale" (press release, Oct. 14, 2025), https://www.oracle.com/news/announcement/ai-world-oracle-and-amd-expand-partnership-to-help-customers-achieve-next-generation-ai-scale-2025-10-14/. AMD also describes its Helios systems as built with "AMD Instinct MI450 Series GPUs." AMD, "AMD Unveils Strategy to Lead the $1 Trillion Compute Market and Accelerate Next Phase of Growth" (press release, Nov. 11, 2025), https://ir.amd.com/news-events/press-releases/detail/1266/amd-unveils-strategy-to-lead-the-1-trillion-compute-market-and-accelerate-next-phase-of-growth ("November 2025 Release").

27. AMD has used the MI455X. AMD's published performance claims for the MI455X rest on "measurements and calculations by AMD Performance Labs in July 2026, for the AMD Instinct™ MI455X GPU to determine measured token throughput." July 2026 Release n.7. AMD states that "OpenAI and AMD are partnering to optimize the full AI stack" and that, "[l]everaging OpenAI's Triton framework with AMD ROCm software, the companies are optimizing GPT-class workloads on AMD Instinct MI455X GPUs and AMD Helios racks." July

2026 Release. AMD also reports that Meta "has begun testing and validating workloads on AMD Helios racks as they prepare to deploy at scale." *Id.*

**AMD's Sparse Matrix Instructions**

28. AMD's Instinct GPUs execute sparse matrix multiply-accumulate instructions, the V_SMFMAC instruction family on AMD's CDNA 3 and CDNA 4 architectures and the V_SWMMAC instruction family on its CDNA 5 architecture, that operate on a matrix pruned so that two of every four values are zero. *See* Exhibit 2. AMD's hipSPARSELt documentation states that, "[f]or MI300 SMFMA operations, the matrix must use the 2:4 pattern (50% sparsity) where exactly two out of every four consecutive elements along the K dimension are preserved, with the rest set to zero." AMD, hipSPARSELt Documentation, Release 0.2.3, § 5.3.1 (July 22, 2025), https://rocm.docs.amd.com/_/downloads/hipSPARSELt/en/docs-6.4.2/pdf/ ("hipSPARSELt Documentation"). AMD's CDNA5 Guide states, in its description of each V_SWMMAC instruction, that "2 out of every 4 elements on the K axis of matrix A are zero" and that "[t]he sparse indexes are used to determine which 2 elements are zero." CDNA5 Guide § 15.10.

29. AMD's MI300A data sheet describes the accelerator as providing native hardware sparsity support for efficiently gathering data from sparse matrices. *See, e.g.,* AMD, "AMD Instinct MI300A APU" (data sheet) (last visited Sept. 29, 2026), https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/data-sheets/amd-instinct-mi300a-data-sheet.pdf.

30. AMD stores only the non-zero values of a pruned matrix, together with a two-bit index recording the position that each held within its group of four. AMD, "Unlocking Sparse Acceleration on AMD GPUs with hipSPARSELt," ROCm Blogs, Fig. 1 (Feb. 17, 2026), https://rocm.blogs.amd.com/artificial-intelligence/introduce_hipsparselt/README.html

("hipSPARSELt Blog"). In AMD's sparse instructions, "Matrix A is structurally sparse" and "Matrix B is dense." AMD, "AMD Instinct MI300" Instruction Set Architecture Reference Guide § 7.4 (Aug. 5, 2025), https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/instruction-set-architectures/amd-instinct-mi300-cdna3-instruction-set-architecture.pdf ("MI300 Guide"). AMD's matrix hardware uses the index to select, from the dense matrix, the input value at the position of each non-zero value of the sparse matrix. AMD's MI300 Guide and its CDNA 4 guide each state that "[e]very index for the matrix B selection is a 2-bit number which identifies one of K=4 is selected." MI300 Guide § 7.4.1; AMD, CDNA4 Instruction Set Architecture Reference Guide § 7.5.1 (last visited Sept. 29, 2026), https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/instruction-set-architectures/amd-instinct-cdna4-instruction-set-architecture.pdf ("CDNA4 Guide"). For CDNA 5, AMD writes that selection out as the first step of each sparse instruction: "tmp(32x16) = extract non-sparse entries from matrix S1.f16(64x16) using index set from S2." CDNA5 Guide § 15.10 (V_SWMMAC_F32_16X16X64_F16). AMD publishes hipSPARSELt, a library through which its customers prune a dense weight matrix into that structured-sparse form and compress it into the format the hardware consumes. hipSPARSELt Documentation §§ 5.3–5.3.3. AMD's MI300 Guide lists its sparse V_SMFMAC_F32_16X16X32_F16 instruction at 16 cycles, the same as its dense V_MFMA_F32_16X16X16_F16 instruction, which covers half the K dimension. MI300 Guide § 7.1.2 (Table 28), § 7.4 (Table 32). AMD's Composable Kernel source explains that structured sparsity "results in processing only half of elements in smfmac instruction." AMD, ROCm Composable Kernel source code (rocm-7.2.4), file "warp_gemm_attribute_smfmac.hpp," lines 16–17 (last visited Sept. 29, 2026),

https://github.com/ROCm/composable_kernel/blob/rocm-7.2.4/include/ck_tile/ops/gemm/warp/warp_gemm_attribute_smfmac.hpp.

31. AMD ties that sparse hardware to convolutional neural networks. AMD's CDNA 3 White Paper presents the Matrix Core's handling of sparse data as serving neural networks in which zero values are common, including "convolution-based networks." CDNA 3 White Paper at 8. It describes MIOpen, AMD's machine-learning library, as providing "GPU-optimized implementations of common operations used in neural nets such as convolution." *Id.* at 20. AMD's ROCm documentation for its MI300 Series and MI350 Series GPUs instructs customers how to set MIOpen's kernel parameters "to optimal values for a given convolution problem." AMD, "AMD Instinct MI300 Series / MI350 Series workload optimization," AMD ROCm AI Ecosystem documentation, § "Convolution" (Internet Archive capture of Sept. 4, 2026), https://web.archive.org/web/20260904100230/https://rocm.docs.amd.com/projects/ai-ecosystem/en/latest/optimization/workload-optimization.html ("Workload Optimization Guide"). On information and belief, the '985 Accused Instrumentalities, including the MI455X, apply AMD's sparse instructions to the layers of convolutional neural networks, where the multiply-accumulate of kernel weights and input values is the layer's convolution computation. *See* Exhibit 2.

32. AMD has not published the circuit design of its matrix hardware. That design is within AMD's exclusive possession. On information and belief, that hardware includes a switch circuit that delivers to each of a plurality of multiplexers a group of four candidate input values, with its connections set for each sparse instruction according to the data type and packing of the sparse matrix, and multiplexers that each select, on the basis of the two-bit index, the input value at the position of a non-zero weight. *See* Exhibit 2. AMD states that its matrix core implements

the dense matrix instructions "and their 2,4-sparse variants" with combinations of the same core operations. MI300 Guide ch. 7. AMD also describes switching elements of this kind in the path that delivers operands to the multipliers of its matrix-multiply pipeline: "Architecture register rotation crossbars 316 are utilized to rotate the A and B operands into the appropriate lanes to be coupled to DOT4 units 330A-H to perform the dot product operations on the appropriate matrix elements." U.S. Patent No. 12,067,401, 5:39–43 (issued Aug. 20, 2024) (assigned to Advanced Micro Devices, Inc.).

33. As Exhibit 2 shows, the stage of AMD's matrix hardware that applies the index is the claimed "data selector," the pruned weight matrix is the claimed "sparse weight kernel," the index is the claimed "sparse index," the matrix hardware that executes the sparse instructions is the claimed "multiply-accumulate (MAC) computator," and, on information and belief, the switching stage and selectors described above are the claimed "switch circuit" and "plurality of multiplexes (MUXes)."

**AMD's CDNA 5 Tensor Data Mover**

34. AMD's CDNA 5 architecture adds a dedicated unit for moving multidimensional data, which AMD calls the Tensor Data Mover (TDM). AMD's CDNA5 Guide explains that "[t]ensor instructions cause the Tensor Data Mover (TDM) to move tiles of (up to) 5D tensor data between LDS and memory," where "[a] tile is a sub-region of the tensor to be moved to or from LDS." CDNA5 Guide § 10.11. The LDS, or Local Data Share, is a memory in each workgroup processor that AMD describes as "a scratch-pad memory." *Id.* §§ 1.2.2.1, 3.3.4. "Each pair of SIMDs connects to the WGP$ and a Tensor Data Mover (TDM) that can move large blocks of structured data between external memory and LDS." *Id.* § 1.2.2.1. AMD's CDNA 5 White Paper states that each workgroup processor of the MI455X "has its own Tensor Data Mover (TDM) unit,

so-called because it's specifically designed to understand tiling schemes for tensors of up to 5 dimensions," and that, "[n]ew in the AMD Instinct MI455X GPU, data can be transferred directly between LDS scratchpad and DRAM rather than being staged in intermediate registers." CDNA 5 White Paper at 10.

35. The TDM generates the addresses for each transfer itself, from a descriptor that the program sets up. *See* Exhibit 4. The descriptor gives the "[g]lobal memory address of the start of the tile within the tensor," the size of each tensor dimension, a separate "[s]tride between one line and the next" for each dimension, the "LDS memory address where the tile starts," and the size of the tile in each dimension. CDNA5 Guide § 10.11.2. The TDM has two instructions: TENSOR_LOAD_TO_LDS, a "DMA instruction to load tensor data from Global to LDS," and TENSOR_STORE_FROM_LDS, a "DMA instruction to store tensor data to Global from LDS." *Id.* § 15.17; *see id.* § 10.11.1 & Table 61.

36. Because the TDM computes each memory address from a separate stride for each dimension other than its innermost dimension, while it writes the LDS in its own loop order, it can place a tile in the LDS with its outer dimensions in a different order from their order in memory. *See* CDNA5 Guide § 10.11.2; Exhibit 4. AMD's own software does so. In convolution kernels for CDNA 5 that AMD added to the development branch of its MIOpen machine-learning library on August 28, 2026, AMD programs the TDM so that a tile of input images stored in memory in batch-height-width-channel order is placed in the LDS in height-batch-width-channel order, exchanging the batch and height dimensions. *See* Exhibit 4; AMD, GitHub repository ROCm/rocm-libraries, pull request #9746, "[MIOpen] Add ConvHipConv solver backed by vendored hipconv kernels" (merged Aug. 28, 2026), https://github.com/ROCm/rocm-libraries/pull/9746 ("MIOpen PR #9746").

37. The TDM can also reorder the rows of a matrix. In the TDM's gather mode, two groups of the descriptor are "redefined to carry a list of row indices to fetch," and the TDM fetches the listed rows as the rows of the tile it places in the LDS; gather mode "also supports scatter from LDS to Global when using TDM-stores." CDNA5 Guide § 10.11.3.2. AMD's aiter library of AI kernels, in release v0.1.22.post1 published September 17, 2026, includes a mixture-of-experts matrix-multiplication kernel for CDNA 5 that uses the TDM to gather input rows into the LDS grouped by expert, multiplies them with AMD's matrix instructions, and, in its expert-parallel path, uses a TDM scatter to write each result row from the LDS to a destination computed for the token and expert choice that row came from. *See* Exhibit 4; AMD, GitHub repository ROCm/aiter, release "AITER v0.1.22.post1" (Sept. 17, 2026), https://github.com/ROCm/aiter/releases/tag/v0.1.22.post1 ("aiter Release"); AMD, GitHub repository ROCm/aiter, tag v0.1.22.post1, file "aiter/ops/triton/_gluon_kernels/gfx1250/moe/moe_op_gemm_a4w4.py," lines 903–908, 1007–1014, 1312, 1335–1370 (last visited Sept. 29, 2026), https://github.com/ROCm/aiter/blob/v0.1.22.post1/aiter/ops/triton/_gluon_kernels/gfx1250/moe/moe_op_gemm_a4w4.py ("aiter MoE Kernel"); AMD, GitHub repository ROCm/aiter, tag v0.1.22.post1, file "aiter/ops/triton/_triton_kernels/moe/moe_routing/routing.py," lines 576–591 (last visited Sept. 29, 2026), https://github.com/ROCm/aiter/blob/v0.1.22.post1/aiter/ops/triton/_triton_kernels/moe/moe_routing/routing.py.

38. AMD's CDNA5 Guide states that "[t]ensor instructions use a tensor and a tile that are described in the D#," for the TDM's store instruction as for its load instruction. CDNA5 Guide § 10.11.1. AMD's own test of the TDM on gfx1250 GPUs loads a tile into the LDS, stores it back

to memory from the LDS, and requires every stored element to equal the input. AMD, GitHub repository ROCm/hip-tests, file "tdm_basic_load_store.cc" (last visited Sept. 29, 2026), https://github.com/ROCm/hip-tests/blob/2a79dc6/catch/unit/TDM/tdm_basic_load_store.cc. On information and belief, each TDM, as AMD makes and sells it, is configured to store a tile that it has loaded with reordered dimensions back to memory in the tile's original dimension order.

39. AMD's software identifies the CDNA 5 architecture as "gfx1250," and AMD's ROCm blog identifies its "AMD Instinct™ MI450 GPUs" as gfx1250. *See* Exhibit 4; AMD, "A Deep Dive into LDS Optimizations on AMD Instinct MI450 GPUs," ROCm Blogs (Aug. 28, 2026), https://rocm.blogs.amd.com/software-tools-optimization/mi450-lds-optimization/README.html ("MI450 LDS Blog"). AMD's MIOpen helper for programming the gfx1250 TDM builds its settings from definitions named for the MI400, and AMD lists the MI455X in its "Instinct MI400 Series" with the "GPU Architecture" "CDNA5." *See* Exhibit 4; MI455X Product Page. On information and belief, the MI455X is a gfx1250 GPU, and the CDNA 5 software described above runs on it. AMD describes the MI455X as "part of the AMD Instinct MI450 Series." Anthropic Release.

40. As Exhibit 4 shows, the LDS is the claimed "internal memory"; the '394 patent explains that its internal memory "may include a Static Random Access Memory (SRAM) or a Scratch Pad Memory (SPM)." '394 patent, 4:2–4. The MI455X's HBM4 memory is the claimed "external memory"; the matrix hardware of each SIMD unit, which executes AMD's Wave Matrix Multiply Accumulate (WMMA) instructions, together with the SIMD's vector registers, is the claimed "operator"; and each TDM is a claimed "data moving controller."

**Commercial Significance of the Accused Instrumentalities**

41. AMD reported Data Center segment revenue of $6.7 billion for the second quarter of 2026, up 107% year over year, on demand it attributed to its EPYC processors and Instinct GPUs. *See, e.g.,* Q2 2026 Release. AMD's quarterly report attributes the growth in Data Center revenue for the first half of 2026 "primarily" to "strong demand for our AMD EPYC processors and AMD Instinct MI350 Series GPUs." Q2 2026 Form 10-Q.

42. That Data Center business represented 58% of AMD's total revenue for the quarter. *See, e.g.,* Q2 2026 Release.

43. AMD has announced that Microsoft "recently announced the new Azure ND MI300x v5 Virtual Machine (VM) series, optimized for AI workloads and powered by AMD Instinct MI300X accelerators." December 2023 Release.

44. AMD has announced that Oracle Cloud Infrastructure "will offer zettascale AI clusters accelerated by the latest AMD Instinct processors with up to 131,072 MI355X GPUs." June 2025 Release. Oracle now offers "OCI Compute Bare Metal instances powered by AMD Instinct™ MI355X GPUs." Oracle, "Announcing General Availability of OCI Compute with AMD Instinct MI355X GPUs" (Oct. 14, 2025), https://blogs.oracle.com/cloud-infrastructure/announcing-general-availability-of-oci-amd-mi355x. AMD reports that its MI350 Series GPUs are "already deployed at scale by leading cloud providers including Oracle Cloud Infrastructure." November 2025 Release. AMD reports that Meta has made "significant deployments of AMD Instinct MI300 and MI350 series GPUs across their global infrastructure." AMD, "AMD and Meta Announce Expanded Strategic Partnership to Deploy 6 Gigawatts of AMD GPUs" (press release, Feb. 24, 2026), https://ir.amd.com/news-events/press-releases/detail/1279/amd-and-meta-announce-expanded-strategic-partnership-to-deploy-6-

gigawatts-of-amd-gpus. AMD also reports that Anthropic has made "existing use of AMD Instinct MI355X GPUs." Anthropic Release.

**PARTIES**

45. Plaintiff Inference Stack Inc. is a corporation organized under the laws of the Republic of Korea, with its principal place of business at 402-L761, 4F, 13 Saimdang-ro 8-gil, Seocho-gu, Seoul, Republic of Korea.

46. On information and belief, Defendant Advanced Micro Devices, Inc. is a Delaware corporation with its principal place of business at 2485 Augustine Drive, Santa Clara, California 95054.

47. AMD may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

**JURISDICTION AND VENUE**

48. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

49. This Court has personal jurisdiction over AMD. AMD is registered to do business in Texas and maintains a registered agent for service of process here. Texas Comptroller of Pub. Accounts, *Franchise Tax Account Status: Advanced Micro Devices, Inc.* (last visited Sept. 29, 2026), https://comptroller.texas.gov/taxes/franchise/account-status/search/19416923001. AMD has admitted that it has places of business in Austin, Texas; it publishes five Austin street addresses of its own; and it is staffing, and on information and belief employs, personnel in Austin who work on the AMD Instinct GPUs accused in this action. AMD has committed acts of infringement in this District, as alleged below. AMD has therefore established minimum contacts with this forum

such that the exercise of jurisdiction over AMD would not offend traditional notions of fair play and substantial justice.

50. Venue is proper in this District under 28 U.S.C. § 1400(b) because AMD has committed acts of infringement in this District and has a regular and established place of business in this District.

51. AMD has admitted, in its answer in another patent action in this District, that it is a Delaware corporation with a place of business in Santa Clara, California, and that it maintains as its registered agent CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201. *See Redstone Logics LLC v. Advanced Micro Devices, Inc.*, No. 7:25-cv-00182 (W.D. Tex. June 30, 2025), Dkt. 15. AMD tells its own investors, in its annual report on Form 10-K for the fiscal year ended December 27, 2025, that it has "significant operations in Austin, Texas." 2025 Form 10-K.

52. AMD has further admitted, in that same answer, that it has places of business in Austin, Texas. *Redstone*, Dkt. 15. Those places of business are AMD's own. AMD's corporate-locations page lists five Austin street addresses: 7171 Southwest Parkway, Austin, TX 78735; 7000 West William Cannon Drive, Austin, TX 78735; 12301 Research Blvd., Suite 300, Austin, TX 78759; 8000 Metropolis Drive, Building C, Austin, TX 78744; and 1340 Airport Commerce Drive, Austin, TX 78741. AMD, *Corporate Locations* (last visited Sept. 29, 2026), https://www.amd.com/en/corporate/locations.html. AMD opened its campus at 7171 Southwest Parkway on June 16, 2008, as an "870,000 square foot, 58-acre Austin campus." AMD, "AMD Opens New Austin Campus" (press release, June 16, 2008), https://ir.amd.com/news-events/press-releases/detail/414/amd-opens-new-austin-campus. AMD continues to expand in Austin. In 2024, AMD planned a $4,806,000 build-out of 53,400 square feet of new space at 7171 Southwest Parkway. Craig Etkin, "AMD to Spend $4,806,000.00 to Occupy 53,400 Square Feet of Space in

Austin Texas," intelligence360 (Sept. 23, 2024), archived at http://web.archive.org/web/20240925130410/https://www.intelligence360.news/amd-to-spend-4806000-00-to-occupy-53400-square-feet-of-space-in-austin-texas/. In 2025, AMD planned a $163 million expansion at 8000 Metropolis Drive that includes "office spaces and testing labs in a 73,000-square-foot space." Emily Hernandez, "Semiconductor company AMD plans $163M Austin expansion," MySA (Jan. 16, 2025), https://www.mysanantonio.com/business/article/amd-austin-expansion-20027085.php. According to his office, a member of Congress who toured an AMD campus in Austin in 2023 visited AMD's "Customer Engagement Center and testing labs" there. Office of Rep. Michael McCaul, "McCaul Tours Advanced Micro Devices Campus in Austin" (press release, Mar. 14, 2023), https://mccaul.house.gov/media-center/press-releases/mccaul-tours-advanced-micro-devices-campus-austin.

53. AMD is staffing its Austin operations for work on the accused Instinct GPUs. As of September 29, 2026, a search of AMD's careers site for the location "Austin" returned 273 open positions, 235 of them at its 7171 Southwest Parkway campus. *See* AMD Careers, job search for location "Austin" (last visited Sept. 29, 2026), https://careers.amd.com/api/jobs?keywords=&location=Austin&page=1&limit=50. Those positions include a Director, AI Instinct Stack Architecture, to "lead architecture strategy, technical direction, and cross-functional execution across the AMD Instinct product portfolio"; a Corporate Vice President of Customer Engineering in AMD's Data Center GPU organization, to "serve as the primary engineering and operational partner for AMD's most strategic Instinct GPU accounts"; and a Senior Data Center GPU Validation and Debug Engineer, to "validate and debug data center GPU products across the complete software and hardware stack," each based at 7171 Southwest Parkway. AMD, *Director, AI Instinct Stack Architecture* (job requisition 90907) (last visited Sept.

29, 2026), https://careers.amd.com/careers-home/jobs/90907?lang=en-us; AMD, *CVP Customer Engineering Data Center GPU* (job requisition 90514) (last visited Sept. 29, 2026), https://careers.amd.com/careers-home/jobs/90514?lang=en-us; AMD, *Sr. Data Center GPU Validation and Debug Engineer* (job requisition 92052) (last visited Sept. 29, 2026), https://careers.amd.com/careers-home/jobs/92052?lang=en-us. AMD is also recruiting a Staff Validation Technologist for EPYC and AMD Instinct at 8000 Metropolis Drive in Austin, to join what AMD calls "[t]he AMD EPYC and Instinct team validation team." AMD, *Staff Validation Technologist for EPYC and AMD Instinct* (job requisition 87350) (last visited Sept. 29, 2026), https://careers.amd.com/careers-home/jobs/87350?lang=en-us.

54. AMD has committed acts of infringement in this District. On information and belief, AMD uses the Accused Instrumentalities in this District, including in the validation, debugging, and customer-engineering work described above, and offers them for sale from this District, including through the pre-sales engagement its Data Center GPU customer-engineering organization conducts. Platforms incorporating the accused MI355X are also made in this District. Flex has announced that "manufacturing of AMD Instinct MI355X platform is now underway at Flex's headquarters in Austin, Texas," as part of Flex's "strategic collaboration with AMD to manufacture the AMD Instinct platform in the United States." Flex, "Flex Announces U.S. Manufacturing Collaboration with AMD to Accelerate Domestic AI Infrastructure" (press release, Mar. 2, 2026), https://investors.flex.com/news/news-details/2026/Flex-Announces-U-S--Manufacturing-Collaboration-with-AMD-to-Accelerate-Domestic-AI-Infrastructure/default.aspx ("Flex Release"). On information and belief, AMD supplies the MI355X GPUs that Flex assembles into those platforms in Austin.

## COUNT 1 – INFRINGEMENT OF THE ’985 PATENT

55. Inference Stack incorporates by reference the allegations of paragraphs 1 through 54 as if fully set forth herein and further alleges as follows:

56. On May 11, 2021, the United States Patent and Trademark Office issued U.S. Patent No. 11,003,985, titled “Convolutional Neural Network System and Operation Method Thereof.”

57. Inference Stack is the exclusive licensee of the ’985 patent and holds all substantial rights in it, including the right to enforce it, to grant licenses under it, and to recover damages for its past, present, and future infringement.

58. The claims of the ’985 patent were duly issued by the United States Patent and Trademark Office and are presumed by statute to be valid.

59. The claims of the ’985 patent are patent eligible under 35 U.S.C. § 101.

60. The claims of the ’985 patent are not directed to abstract ideas and recite technical solutions to the technical problem of the wasted convolution computation performed on the zero-valued weights of a sparse weight kernel, as the specification describes:

> As described above, the data selector 250 according to the inventive concept provides, to the MAC computator 220, only a data value corresponding to a position of a nonzero weight value on the basis of the sparse index SPI of the sparse weight kernel SW. Therefore, a convolution computation for a data value corresponding to a position of a zero weight value may be omitted. Accordingly, a computation efficiency of the CNN system 200 is enhanced.

’985 patent, 14:58–65.

61. The written description of the ’985 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the nonconventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the time of the invention.

62. AMD has directly infringed and continues to directly infringe (literally and equivalently) the ’985 patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the ’985 Accused Instrumentalities in the United States, including the AMD Instinct MI300X, MI300A, MI325X, MI350X, MI355X, and MI455X GPUs, which infringe at least one claim of the ’985 patent, as shown in Exhibit 2, without a license or permission from Inference Stack. For example, AMD reports that in 2025 “large hyperscale customers, OEMs and ODMs deployed our AMD Instinct MI350X Series GPUs.” 2025 Form 10-K. AMD also reports that its Data Center growth in 2026 was “primarily driven by strong demand for our AMD EPYC processors and AMD Instinct MI350 Series GPUs.” Q2 2026 Form 10-Q. AMD’s acts as to the MI455X are alleged in paragraphs 24 through 27 above.

63. **Exhibit 1** is a true and correct copy of the ’985 patent. **Exhibit 2** provides a description of the ’985 Accused Instrumentalities and a chart showing an example of how they infringe at least one claim of the ’985 patent, which Inference Stack provides without the benefit of information about the ’985 Accused Instrumentalities obtained through discovery. **Exhibit 2** is incorporated into this Complaint by reference.

64. AMD also knowingly and intentionally induces and contributes to infringement of the ’985 patent in violation of 35 U.S.C. §§ 271(b)–(c). For example, since at least the filing and service of this Complaint, AMD has had knowledge of the ’985 patent and of the infringing nature of the ’985 Accused Instrumentalities. Despite this knowledge, AMD continues to encourage and instruct customers and end users to use the ’985 Accused Instrumentalities in an infringing manner.

65. AMD instructs its customers how to prepare a weight matrix for its sparse instructions. AMD’s hipSPARSELt Documentation states that the sparse matrix “must be prepared for SMFMA operations through a two-step process of pruning and compression,” and

lists the steps, including to "[a]llocate memory for the pruned and compressed matrices," "[p]erform pruning using the 2:4 sparsity pattern," "[v]erify the pruning was successful," and "[c]ompress the pruned matrix." hipSPARSELt Documentation §§ 5.3, 5.3.2. AMD supplies a worked implementation of that process for the customer to run. *Id.* § 5.3.3. AMD tells customers that hipSPARSELt "[s]upports 2:4 structured sparsity matrix multiplication accelerated by AMD Matrix Core instructions." hipSPARSELt Blog § "Key Features." AMD promotes its sparse Matrix Core hardware for "convolution-based networks." CDNA 3 White Paper at 8; *see* ¶ 31.

66. AMD makes that library easy to obtain and to call. Its documentation gives the commands to install hipSPARSELt and states that, "[t]o call hipSPARSELt, the header file must be included in the user code." hipSPARSELt Documentation § 3.2. AMD's Composable Kernel library, which defines AMD's sparse matrix instructions for developers, explains in its source code that the two-bit indexes identify "which two elements in current group of 4 values are non-zero and should be used inside smfmac instruction." AMD, ROCm Composable Kernel source code (rocm-7.2.4), file "warp_gemm_attribute_smfmac.hpp," lines 20–22 (last visited Sept. 29, 2026), https://github.com/ROCm/composable_kernel/blob/rocm-7.2.4/include/ck_tile/ops/gemm/warp/warp_gemm_attribute_smfmac.hpp. AMD's Workload Optimization Guide for its MI300 Series and MI350 Series GPUs instructs customers how to set MIOpen's kernel parameters "to optimal values for a given convolution problem." Workload Optimization Guide § "Convolution." AMD's customers, including Meta, Oracle, and Anthropic, have deployed the '985 Accused Instrumentalities, and Microsoft has announced Azure virtual machines powered by AMD Instinct MI300X accelerators, as alleged above. On information and belief, AMD's customers follow AMD's instructions in using them.

67. AMD also supports its customers' deployments of its Instinct GPUs directly. AMD is recruiting, at its 7171 Southwest Parkway campus in Austin, a Corporate Vice President of Customer Engineering for its Data Center GPU organization who "will serve as the primary engineering and operational partner for AMD's most strategic Instinct GPU accounts, owning the end-to-end customer experience from pre-sales engagement through production sustainment." AMD, *CVP Customer Engineering Data Center GPU* (job requisition 90514).

68. AMD's customers and end users, including those identified above, directly infringe the '985 patent under 35 U.S.C. § 271(a) by using the '985 Accused Instrumentalities, including by running AMD's sparse instructions on weight matrices pruned and compressed with hipSPARSELt as AMD instructs, and by making, selling, offering for sale, and importing systems incorporating them. On information and belief, that use occurs in the United States. AMD's inducement causes that direct infringement.

69. AMD's OEM, ODM, and manufacturing partners also directly infringe the '985 patent when they make, use, sell, offer for sale, and import boards, platforms, servers, and systems incorporating the '985 Accused Instrumentalities. AMD announced that its MI325X would be available in systems from "Dell Technologies, Eviden, Gigabyte, Hewlett Packard Enterprise, Lenovo, Supermicro and others." MI325X Release. Flex has announced that it "manufactures the complete AMD Instinct platform, assembling eight AMD Instinct GPUs" with surrounding components into a single system, and that it does so at its Austin headquarters in collaboration with AMD. Flex Release. AMD's inducement causes that direct infringement.

70. Thus, with full knowledge of the '985 patent and knowledge that the acts it induces constitute infringement of the '985 patent, AMD has knowingly and intentionally induced and continues to induce infringement of the '985 patent.

71. AMD also contributes to the infringement of the ’985 patent by selling, offering for sale, and/or importing into the United States the GPUs of the ’985 Accused Instrumentalities, which AMD supplies to OEMs, ODMs, cloud providers, and manufacturing partners for incorporation into boards, platforms, servers, and systems. Each of those GPUs includes the stage of AMD’s matrix hardware that applies the two-bit sparse index of AMD’s sparse matrix instructions to select input values for the multiply-accumulate computation, including, on information and belief, the switch circuit and multiplexers that perform that selection (the “Sparse Selection Stage”). The Sparse Selection Stage constitutes a material part of the inventions claimed in the ’985 patent, is especially made or especially adapted for use in an infringement of the ’985 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

72. For example, as shown in Exhibit 2, the Sparse Selection Stage is especially made or especially adapted for use in infringing the ’985 patent. AMD’s documents confirm that the Sparse Selection Stage operates only on structurally sparse data, and only by using a sparse index to select input values. For hardware-accelerated sparse operations on its MI300 devices, AMD states that “[o]ne matrix must be structurally sparse. Two out of every four elements on the K axis must be zero,” and that “[t]he sparse indexes determine which two elements out of every four are non-zero.” hipSPARSELt Documentation ch. 5. AMD’s MI300 Guide and CDNA4 Guide state that “[e]very index for the matrix B selection is a 2-bit number which identifies one of K=4 is selected.” MI300 Guide § 7.4.1; CDNA4 Guide § 7.5.1. AMD’s CDNA5 Guide writes each CDNA 5 sparse instruction as first extracting entries from the input matrix “using index set from S2.” CDNA5 Guide § 15.10.

73. The Sparse Selection Stage is not sold apart from the ’985 Accused Instrumentalities. On information and belief, it operates only when AMD’s matrix hardware executes a sparse instruction, and every such execution uses it to select input values on the basis of a sparse index. AMD’s hipSPARSELt library prepares data for that stage: AMD states that the compressed format the library produces “is optimized for direct use with the MI300 SMFMA hardware instructions.” hipSPARSELt Documentation § 5.3.3. On information and belief, including a reasonable investigation conducted on behalf of Inference Stack into the uses of the ’985 Accused Instrumentalities and a review of AMD’s technical documentation, software, and marketing materials, the Sparse Selection Stage has no substantial use that does not infringe the ’985 patent.

74. The Sparse Selection Stage is known by AMD to be especially made or especially adapted for use in practicing the claims of the ’985 patent. As set forth above, AMD has knowledge of the ’985 patent and instructs customers and end users to use the ’985 Accused Instrumentalities to practice those claims.

75. AMD’s infringement of the ’985 patent after it receives notice of this Complaint is willful.

76. AMD has had knowledge of the ’985 patent and of its infringement since at least the filing and service of this Complaint. Thus, as of that date, AMD has known, or has been willfully blind to the fact, that making, using, offering to sell, and selling the ’985 Accused Instrumentalities to its customers would constitute infringement of the ’985 patent.

77. To the extent AMD continues to make, use, sell, offer for sale, or import the ’985 Accused Instrumentalities after receiving notice of the ’985 patent and of this action, it does so

without any good-faith basis for believing that the ’985 Accused Instrumentalities do not infringe or that the ’985 patent is invalid.

78. AMD’s infringement of the ’985 patent since the date of service of this Complaint is willful, entitling Inference Stack to enhanced damages under 35 U.S.C. § 284.

79. By making, using, offering for sale, selling and/or importing into the United States the ’985 Accused Instrumentalities, AMD has injured Inference Stack and is liable for infringement of the ’985 patent pursuant to 35 U.S.C. § 271.

80. As a result of AMD’s infringement of the ’985 patent, Inference Stack is entitled to monetary damages in an amount adequate to compensate for AMD’s infringement, but in no event less than a reasonable royalty for the use made of the invention by AMD, together with interest and costs as fixed by the Court.

81. AMD’s infringing activities have injured and will continue to injure Inference Stack unless and until this Court enters an injunction prohibiting further infringement of the ’985 patent.

82. Inference Stack’s claims for damages are not limited under 35 U.S.C. § 287, at least because there are no unmarked patented articles subject to a duty to mark.

## COUNT 2 – INFRINGEMENT OF THE ’394 PATENT

83. Inference Stack incorporates by reference the allegations of paragraphs 1 through 54 as if fully set forth herein and further alleges as follows:

84. On July 20, 2021, the United States Patent and Trademark Office issued U.S. Patent No. 11,068,394, titled “Neural Network System Including Data Moving Controller.”

85. Inference Stack is the exclusive licensee of the ’394 patent and holds all substantial rights in it, including the right to enforce it, to grant licenses under it, and to recover damages for its past, present, and future infringement.

86. The claims of the ’394 patent were duly issued by the United States Patent and Trademark Office and are presumed by statute to be valid.

87. The claims of the ’394 patent are patent eligible under 35 U.S.C. § 101.

88. The claims of the ’394 patent are not directed to abstract ideas and recite technical solutions to the technical problem of the cost of moving and re-arranging multidimensional tensor data between an external memory and the operator that consumes it, which throttles matrix-multiplication and convolution throughput, as the specification describes:

> The data moving controller 120 performs a control operation for accelerating the multidimensional matrix multiplication operation or the convolution operation performed through the operator 130. For example, the data moving controller 120 may reconstruct a dimensional array with regard to the multidimensional matrix of the input data to allow the operator 130 to perform efficient processing. To this end, the data moving controller 120 may generate a physical address for the input data.

’394 patent, 4:5–13.

> When the data of the form of the multidimensional matrix are stored in the internal memory 140, it is necessary to reorder the data such that the convolution operation or the multidimensional matrix multiplication operation is efficiently performed. In detail, the size of data transferred from the external memory 190 to the internal memory 140 does not change, but the array or the dimension order is changed. Accordingly, the second address generator 121b generates the physical addresses of the external memory 190 or the internal memory 140, to reorder the multidimensional matrix data.

’394 patent, 6:23–33.

89. The written description of the ’394 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the nonconventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the time of the invention.

90. AMD has directly infringed and continues to directly infringe (literally and equivalently) the ’394 patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the ’394 Accused Instrumentalities in the United States, which infringe at least one claim of the ’394 patent, as shown in Exhibit 4, without a license or permission from Inference Stack. Since launching the MI455X on July 23, 2026, on information and belief, AMD has offered it for sale in the United States, including for use in Helios systems, which AMD has announced it “will begin shipping … to customers, including Microsoft, in the second half of 2026.” Microsoft Release. AMD has also entered into multi-year agreements with OpenAI and Meta under which the first gigawatt of each company’s deployment is to be powered by AMD’s MI450 Series products, as alleged above. AMD has used the MI455X, including in the July 2026 testing by AMD Performance Labs and in the workload optimization it performs with OpenAI, as alleged above; on information and belief, that use has taken place in the United States. On information and belief, AMD imports MI455X GPUs, which it relies on TSMC to fabricate, into the United States for that use and for delivery to its customers. AMD reported on August 4, 2026 that Helios “is being deployed by leading AI labs and cloud providers including Anthropic, Cirrascale, HUMAIN, Meta, Microsoft, OpenAI, Oracle, Tensorwave, Vultr and others.” Q2 2026 Release. On information and belief, AMD has sold and delivered MI455X GPUs, including in Helios racks, to customers in the United States.

91. **Exhibit 3** is a true and correct copy of the ’394 patent. **Exhibit 4** provides a description of the ’394 Accused Instrumentalities and a chart showing an example of how they infringe at least one claim of the ’394 patent, which Inference Stack provides without the benefit of information about the ’394 Accused Instrumentalities obtained through discovery. **Exhibit 4** is incorporated into this Complaint by reference.

92. AMD also knowingly and intentionally induces and contributes to infringement of the ’394 patent in violation of 35 U.S.C. §§ 271(b)–(c). For example, since at least the filing and service of this Complaint, AMD has had knowledge of the ’394 patent and of the infringing nature of the ’394 Accused Instrumentalities. Despite this knowledge, AMD continues to encourage and instruct customers and end users to use the ’394 Accused Instrumentalities in an infringing manner.

93. AMD instructs programmers how to use the TDM to move data in the ways shown in Exhibit 4. AMD’s CDNA5 Guide explains the TDM’s load and store instructions and the descriptor that a program sets up for each transfer, including the fields that set a separate stride for each dimension of a tensor and the LDS address of each tile. The CDNA5 Guide also explains the TDM’s gather and scatter modes and gives a worked example of the TDM’s addressing. *See* CDNA5 Guide §§ 10.11–10.11.6. AMD’s MI450 LDS Blog, addressed to developers writing matrix-multiplication kernels for its MI450 GPUs, explains that “[i]n GEMM kernels, operands travel from global memory through the Local Data Share (LDS) into registers, where the matrix cores consume them,” and that “[h]ow efficiently data moves through the LDS is frequently the primary determinant of overall performance.” MI450 LDS Blog.

94. AMD also publishes software that uses the TDM in the ways shown in Exhibit 4. AMD’s aiter library of AI kernels, in the release AMD published on September 17, 2026, includes a kernel for CDNA 5 GPUs that uses the TDM to gather rows of input data into the LDS and to scatter rows of results from the LDS back out to memory. *See* aiter Release; aiter MoE Kernel, lines 903–908, 1312, 1335–1370. AMD’s MIOpen development branch includes convolution kernels for CDNA 5 GPUs that program the TDM to exchange the batch and height dimensions of a tile as the TDM moves the tile into the LDS, when a tile holds more than one image. AMD added those kernels behind the MIOPEN_USE_HIPCONV build option. *See* MIOpen PR #9746;

*see also* AMD, GitHub repository ROCm/rocm-libraries, file "projects/miopen/src/hipconv/src/arch/cdna5/direct/kernel.hpp" (added by PR #9746; last visited Sept. 29, 2026), https://github.com/ROCm/rocm-libraries/blob/b4931d1/projects/miopen/src/hipconv/src/arch/cdna5/direct/kernel.hpp; Exhibit 4. AMD also publishes tests of TDM loads and stores in its HIP test suite. *See* Exhibit 4.

95. AMD also supports its customers' deployments of its Instinct GPUs directly, through the customer-engineering organization it is staffing in Austin. See ¶¶ 53, 67. AMD also works with customers to run their workloads on the MI455X. For example, AMD states that it and OpenAI are optimizing "GPT-class workloads on AMD Instinct MI455X GPUs." July 2026 Release. AMD is recruiting at 7171 Southwest Parkway a Principal System Software Architect, AI/GPU Platforms, whose role "is focused on next-generation, rack-scale AI platforms in the MI400 class." AMD, Principal System Software Architect, AI/GPU Platforms (job requisition 81089) (last visited Sept. 29, 2026), https://careers.amd.com/careers-home/jobs/81089?lang=en-us. AMD states that the leader of its Data Center GPU customer-engineering organization is to "[o]wn the organizational structure, talent pipeline, and engineering culture that drives successful customer outcomes across the Helios portfolio." AMD, CVP Customer Engineering Data Center GPU (job requisition 90514) (last visited Sept. 29, 2026), https://careers.amd.com/careers-home/jobs/90514?lang=en-us.

96. AMD's customers directly infringe the '394 patent under 35 U.S.C. § 271(a) by using the '394 Accused Instrumentalities, and by making, selling, offering for sale, and importing systems incorporating them, in the manner AMD instructs and intends. For example, Meta "has begun testing and validating workloads on AMD Helios racks," which include MI455X GPUs, and OpenAI is working with AMD to optimize its workloads on MI455X GPUs. *See* ¶¶ 25, 27.

On information and belief, that use has taken place in the United States. AMD's inducement causes that direct infringement.

97. AMD's OEM and manufacturing partners also directly infringe the '394 patent when they make, use, sell, offer for sale, and import boards, servers, and rack-scale systems incorporating the '394 Accused Instrumentalities. AMD develops Helios and licenses it "for implementation by customers and their manufacturing partners." Q2 2026 Form 10-Q. AMD has announced that Helios systems "will be available from leading OEMs, including Bull, HPE, Lenovo and Supermicro, as well as infrastructure partners Sanmina and Wiwynn." July 2026 Release. Sanmina has announced that it is AMD's "U.S.-based, preferred new product introduction (NPI) manufacturing partner to accelerate quality and time-to-deployment of AMD cloud rack and cluster-scale AI solutions." Sanmina Corp., "Sanmina Completes Acquisition of ZT Systems Data Center Infrastructure Manufacturing Business from AMD" (press release, Oct. 27, 2025), https://ir.sanmina.com/news/news-details/2025/SANMINA-COMPLETES-ACQUISITION-OF-ZT-SYSTEMS-DATA-CENTER-INFRASTRUCTURE-MANUFACTURING-BUSINESS-FROM-AMD/default.aspx. AMD's inducement causes that direct infringement.

98. Thus, with full knowledge of the '394 patent and knowledge that the acts it induces constitute infringement of the '394 patent, AMD has knowingly and intentionally induced and continues to induce infringement of the '394 patent.

99. AMD also contributes to the infringement of the '394 patent by selling, offering for sale, and/or importing into the United States the MI455X and other CDNA 5 GPUs of the '394 Accused Instrumentalities, which, on information and belief, AMD supplies to its customers and their manufacturing partners for incorporation into boards, servers, and rack-scale systems,

including Helios systems. Each of those GPUs includes Tensor Data Movers, each of which generates, from a descriptor, the memory addresses and LDS addresses for moving tiles of tensor data between memory and the LDS in both directions, on information and belief, including by per-dimension strides and by gather and scatter row lists (the "TDM Component"). The TDM Component constitutes a material part of the inventions claimed in the '394 patent, is especially made or especially adapted for use in an infringement of the '394 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

100. For example, as shown in Exhibit 4, the TDM Component is especially made or especially adapted for use in infringing the '394 patent. AMD states that each TDM is "specifically designed to understand tiling schemes for tensors of up to 5 dimensions." CDNA 5 White Paper at 10. AMD's CDNA5 Guide defines the TDM as performing "DMA transfers of matrix data." CDNA5 Guide § 1.1 (Table 2). The TDM Component is not sold apart from the '394 Accused Instrumentalities, and every '394 Accused Instrumentality that contains it also contains the memory and LDS between which it moves data, the matrix hardware that operates on that data, and the descriptor-driven address generation shown in Exhibit 4. On information and belief, including a reasonable investigation conducted on behalf of Inference Stack into the uses of the '394 Accused Instrumentalities and a review of AMD's technical documentation and software, the TDM Component has no substantial use that does not infringe the '394 patent.

101. The TDM Component is known by AMD to be especially made or especially adapted for use in practicing the claims of the '394 patent. As set forth above, AMD has knowledge of the '394 patent and instructs customers and end users to use the '394 Accused Instrumentalities to practice those claims.

102. AMD's infringement of the '394 patent after it receives notice of this Complaint is willful.

103. AMD has had knowledge of the '394 patent and of its infringement since at least the filing and service of this Complaint. Thus, as of that date, AMD has known, or has been willfully blind to the fact, that making, using, offering to sell, and selling the '394 Accused Instrumentalities to its customers would constitute infringement of the '394 patent.

104. To the extent AMD continues to make, use, sell, offer for sale, or import the '394 Accused Instrumentalities after receiving notice of the '394 patent and of this action, it does so without any good-faith basis for believing that the '394 Accused Instrumentalities do not infringe or that the '394 patent is invalid.

105. AMD's infringement of the '394 patent since the date of service of this Complaint is willful, entitling Inference Stack to enhanced damages under 35 U.S.C. § 284.

106. By making, using, offering for sale, selling and/or importing into the United States the '394 Accused Instrumentalities, AMD has injured Inference Stack and is liable for infringement of the '394 patent pursuant to 35 U.S.C. § 271.

107. As a result of AMD's infringement of the '394 patent, Inference Stack is entitled to monetary damages in an amount adequate to compensate for AMD's infringement, but in no event less than a reasonable royalty for the use made of the invention by AMD, together with interest and costs as fixed by the Court.

108. AMD's infringing activities have injured and will continue to injure Inference Stack unless and until this Court enters an injunction prohibiting further infringement of the '394 patent.

109. Inference Stack's claims for damages are not limited under 35 U.S.C. § 287, at least because there are no unmarked patented articles subject to a duty to mark.

## JURY DEMAND

110. Inference Stack demands a jury trial pursuant to Federal Rule of Civil Procedure 38.

## RELIEF REQUESTED

Inference Stack prays for the following relief:

A. A judgment in favor of Inference Stack that AMD has infringed, directly and indirectly, the ’985 patent and the ’394 patent, and that each of those patents is valid and enforceable;

B. A judgment and order requiring AMD to pay Inference Stack past and future damages arising out of AMD’s infringement of the ’985 patent and the ’394 patent in an amount no less than a reasonable royalty, together with costs, expenses, and pre-judgment and post-judgment interest, as provided under 35 U.S.C. § 284;

C. A judgment and order requiring AMD to provide an accounting and to pay supplemental damages to Inference Stack, including without limitation pre-judgment and post-judgment interest;

D. A judgment and order requiring AMD to pay Inference Stack compulsory ongoing licensing fees for AMD’s continued infringement after judgment, as determined by the Court;

E. A judgment that AMD’s infringement of the ’985 patent and the ’394 patent after notice of this Complaint is willful, and an award of enhanced damages as a result of that willfulness under 35 U.S.C. § 284;

F. A permanent injunction under 35 U.S.C. § 283 restraining AMD, its officers, agents, servants, employees, and those in active concert or participation with them, from further infringement of the ’985 patent and the ’394 patent;

G. A finding that this is an exceptional case under 35 U.S.C. § 285, and an award of Inference Stack's reasonable attorneys' fees and costs; and

H. Any and all other relief, at law or in equity, to which Inference Stack may be entitled.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Benjamin T. Wang*

Benjamin T. Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Bradley Hyde
CA State Bar No. 301145
Email: bhyde@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,**
**Inference Stack Inc.**